No. 524. ERNEST WILTSEE ET AL., RECEIVERS, *v.* FRANCIS R. HART ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Cir-

cuit denied. Messrs. Francis Kohlman, Sherman L. Whipple and Arthur D. Hill for petitioners. Messrs. Charles F. Choate, Jr., and Nathan Matthews for respondents.